No. 11–10865. MERCER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10983. HILL v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–162. MILLER v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 12–281. HARBATKIN v. NEW YORK CITY DEPARTMENT OF RECORDS AND INFORMATION SERVICES ET AL. Ct. App. N. Y. Certiorari denied.

No. 12–301. OWENS CORNING v. WRIGHT ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–306. CATALDO ET AL. v. UNITED STATES STEEL CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–461. NATIONAL ASSOCIATION OF OPTOMETRISTS AND OPTICIANS ET AL. v. HARRIS, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–526. FIRST UNUM LIFE INSURANCE CO. v. BILYEU ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–529. LYONS ET UX. v. LANCER INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 12–542. TEXAS ALLIANCE FOR HOME CARE SERVICES v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–545. SUEVER ET AL. v. CHIANG ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–577. JIA JEWELRY IMPORTERS OF AMERICA, INC. v. PANDORA JEWELRY, LLC. C. A. Fed. Cir. Certiorari denied.